

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00260-CV

## ESTATE OF MIRIAM MAE PHARRIS, DECEASED

**From the County Court
Hill County, Texas
Trial Court No. 14,170**

## O R D E R

Appellant's Opposed Motion for Leave of Court to Amend Appellant's Reply Brief

is granted.  Appellant's amended reply brief is due July 17, 2018.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed July 18, 2018

